**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN STEVEN OLAUSEN,

     Petitioner,                        3:15-cv-00127-RCJ-VPC

vs.

                                     **ORDER**

ISIDRO BACA, *et al.*,

     Respondents.

_____/

     This action is a petition for writ of habeas corpus by Nevada prisoner John Steven Olausen. On June 1, 2015, the court screened the habeas petition, ordered the petition served on respondents, and ordered respondents to respond to the petition within 45 days (ECF No. 7).

     Respondents appeared in the action on June 5, 2015 (ECF No. 8).

     On June 16, 2015, respondents filed a motion entitled "Motion for Reconsideration of Order to Respond to Petitioner's Eighth Successive Petition" (ECF No. 9).  In that motion, respondents argue that Olausen's petition in this case is successive and that he does not have permission from the court of appeals to file such a successive petition, as required by 28 U.S.C. § 2244(b)(3)(A), and that, therefore, the petition should be dismissed.  Petitioner responded to the motion for reconsideration on June 25, 2015 (ECF No. 10).

     The court will *sua sponte* extend the time for respondents to file and serve a reply in support of their motion.

1       **IT IS THEREFORE ORDERED** that respondents shall have **20 days** from the date of entry

2  of this order to file and serve a reply in support of their "Motion for Reconsideration of Order to

3  Respond to Petitioner's Eighth Successive Petition" (ECF No. 9).

4       **IT IS FURTHER ORDERED** that respondents will not be required to further respond to the

5  habeas corpus petition in this case, unless and until ordered by the court to do so.

6

7       Dated this 25th day of June, 2015.

8

9                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2